**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6769**

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

        v.

HUGH EPPS,

                Defendant - Appellant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   James R. Spencer, Chief
District Judge.  (3:07-cr-00420-JRS-1)

Submitted:  July 23, 2009            Decided:  July 30, 2009

Before WILKINSON and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Hugh Epps, Appellant Pro Se.   Michael Calvin Moore, Assistant
United States Attorney, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hugh Epps appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and the district court's order and affirm for the reasons cited by the district court. See United States v. Epps, No. 3:07-cr-00420-JRS-1 (E.D. Va. Mar. 31, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED